# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136336(113)

BRIAN POTTER,
            Plaintiff-Appellant,

v

KRISTYN H. MURRY, M.D. and
HURON VALLEY RADIOLOGY, P.C.,
            Defendants-Appellees,
and

ST. JOSEPH MERCY HOSPITAL ANN
ARBOR, d/b/a TRINITY HEALTH-
MICHIGAN, RICHARD C. McLEARY, M.D.,
GARY AUGUSTYN, M.D., ROBERT
DOMEIER, D.O., and EMERGENCY
PHYSICIANS MEDICAL GROUP, P.C.,
            Defendants.

_____

SC: 136336
COA: 262529
Washtenaw CC: 03-001226-NH

On order of the Chief Justice, the motion by plaintiff-appellant for extension to January 21, 2009 of the time for filing his brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2009

*Corbin R. Davis*
Clerk